

# CARLSON, CASPERS, VANDENBURGH & LINDQUIST

INTELLECTUAL PROPERTY LITIGATION & COUNSELING

Tara C. Norgard
Direct Dial: 612 436 9642
E-mail: tnorgard@ccvl.com

December 23, 2011

The Honorable Jeffrey J. Keyes
646 Federal Building
316 North Robert Street
St. Paul, MN 55101

RE:   *USA v. Beckman,* No. 11-cr-228 MJD/JJK(D. Minn.)

Dear Magistrate Judge Keyes:

    I write on behalf of the Receiver, R.J. Zayed, whom Chief Judge Michael J. Davis appointed in the civil cases of *CFTC v. Cook et al.*, 09-cv-3332 (D. Minn.), *SEC v. Cook et al.*, 09-cv-3333 (D. Minn.), and *SEC v. Beckman et al.*, 11-cv-574 (D. Minn.). Chief Judge Davis entered Orders creating the Cook Receivership on November 23, 2009. The Beckman Receivership Order was entered on March 8, 2011. We refer to these collectively as the "Receivership Orders."

    In the criminal case before this Court, *U.S. v. Beckman et al.*, 11-cr-228 (D. Minn.), the defendant has filed a motion seeking to adjudicate the scope of Chief Judge Davis's Receivership Orders and the duties and obligations of his appointed Receiver. (Docket 144.) The defendant provided a copy of his motion to the Receiver, who is not a party to the criminal case.

    The Receivership Orders were entered by Chief Judge Davis in the civil cases and the Receiver's work is at his direction. Accordingly, the Receiver respectfully submits that the defendant's motion is misplaced in the criminal action. Any adjudication of the issues raised in the defendant's motion concerning the scope of the Receivership Orders and the role of the Receiver can only be had before Chief Judge Davis in the civil cases.

A Professional Corporation
225 South Sixth Street, Suite 3200, Minneapolis, MN 55402
Tel. 612.436.9600 Fax. 612.436.9605 www.ccvl.com

SCANNED
DEC 23 2011
U.S. DISTRICT COURT ST. PAUL

The Honorable Jeffrey J. Keyes
December 23, 2011
Page 2 of 2

Very truly yours,

Tara C. Norgard

TCN:alm

cc: Chief Judge Michael J. Davis