UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                           ORDER
                                           Crim. No. 11-228

Jason Bo-Alan Beckman (01),
Gerald Joseph Durand (02), and
Patrick Joseph Kiley (03),

    Defendants.

_____

    David J. MacLaughlin and Tracy L. Perzel, Assistant United States Attorneys, Counsel for Plaintiff.

    Douglas B. Altman, Altman & Izek, Counsel for Defendant Jason Bo-Alan Beckman.

    Brian N. Toder, Chestnut Cambronne P.A., Counsel for Defendant Gerald Durand.

_____

    This matter is before the Court on the parties' motions in limine. Based on the parties' submissions and the files, records and proceedings herein,

    **IT IS HEREBY ORDERED:**

1. Defendant Durand's Motion to Exclude Evidence Regarding Bankruptcy [Doc. No. 209] is **DENIED;**

2. Defendant Durand's Motion to Exclude Evidence Regarding ISA Internationale [Doc. No. 211] is **DENIED**;

3. Defendant Durand's Motion to Clarify [Doc. No. 210] is **RESERVED;**

4. The Government's Motion to Exclude Evidence of Post-Fraud Mitigation Efforts of Defendant Beckman [Doc. No. 206] is **RESERVED;**

4. Defendant Durand's Motion to Exclude Evidence of Government Expert Brian Bernston [Doc. No. 214] is **DENIED**.

Date: April 12, 2012

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court
