UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 11-228 (MJD/JJK)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JASON BO-ALAN BECKMAN (1), ) | |
| GERALD JOSEPH DURAND (2), ) | |
| PATRICK JOSEPH KILEY (3), ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on the government's motion for extension of time to request redaction [Doc. #494]. Based on all the files, records and proceedings in this case, the government's motion is GRANTED. The government shall have until October 3, 2013, to request redaction.

Dated:  September 27, 2013          s/Michael J. Davis
                                    The Honorable Michael J. Davis
                                    Chief Judge District Court