UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

      Plaintiff,

v.
                                     **MEMORANDUM AND ORDER**
                                     Crim. No. 11-228 (MJD)

(01) Jason Bo-Alan Beckman,

      Defendant.

Lisa D. Kirkpatrick, Assistant United States Attorney, Counsel for Plaintiff.

Defendant, pro se.

This matter is before the Court on Defendant's Motion to Review Under Rule 60(b) (Doc. No. 784); the Government's Motion to Dismiss Motion for Review Under Rule 60(b) (Doc. 795); and Defendant's Motion to Reconsider (Doc. 797).

Based upon the files, records, and proceedings herein, especially the Eighth Circuit's orders at Docket Nos. 707 and 712, **IT IS HEREBY ORDERED:**

(1) Defendant's Motion to Review Under Rule 60(b) **(Doc. No. 784)** is **DENIED**;

(2) The Government's Motion to Dismiss Motion for Review Under Rule 60(b) **(Doc. 795)** is **GRANTED**;

1

(3) Defendant's Motion to Reconsider **(Doc. 797)** is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: December 14, 2022                               s/Michael J. Davis
                                                     Michael J. Davis
                                                     United States District Court